

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRAVIS WHITEMAN, | § | No. 08-20-00237-CR |
| Appellant, | § | Appeal from the |
| v. | § | 368th District Court |
| THE STATE OF TEXAS, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 13-0583-K368) |

## J U D G M E N T

The Court has considered this cause on its own motion to dismiss this appeal for want of jurisdiction and concludes the appeal should dismissed.   We therefore dismiss the appeal for want of jurisdiction.   We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF DECEMBER, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.